IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:15CR298 |
| v. | ORDER |
| CHARLES TOLBERT, | |
| Defendant. | |

Before the Court is non-party Jamie Tolbert's Request for Transcript (Filing No. 114) of the sentencing hearing held November 7, 2016, as well as the violation of supervised release hearing held March 13, 2025.

IT IS ORDERED:

1. The Request for Transcript (Filing No. 114) is granted.

2. The Clerk's Office is directed to mail a copy of this order to Jamie Tolbert at 4234 Nebraska Avenue, Omaha, Nebraska 68111.

3. Court reporters Brenda Fauber and Sue DeVetter are directed to advise Jamie Tolbert of the cost to obtain the transcripts. Jamie Tolbert will be responsible for those transcript costs.

Dated this 12th day of December 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge